UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-004

Nos. <u>25-1629 & 25-1635</u>

INTERNATIONAL CONSTRUCTION PRODUCTS LLC,
Appellant in No. 25-1635

v.

CATERPILLAR INC.; KOMATSU AMERICA CORP.; ASSOCIATED AUCTION SERVICES, LLC d/b/a Cat Auction Services

Caterpillar Inc.,
Appellant in No. 25-1629

(D. Del. No. 1:15-cv-00108)

Present: CHUNG, <u>Circuit Judge</u>

1. Motion by Appellant/Appellee International Construction Products LLC for a 30- day extension, to and including November 13, 2025, of the time in which to file its second-step brief.

2. Response by Appellant/Appellee Caterpillar Inc.

                                                                       Respectfully,
                                                                       Clerk/tmm

ORDER

The foregoing motion for extension of time to file brief is considered. Appellant/Appellee filed its brief on October 26, 2025. Appellant/Appellee's brief is deemed timely filed as of October 26, 2025.

                                                                       By the Court,

                                                                       <u>s/ Cindy K. Chung</u>
                                                                       Circuit Judge

Dated: October 30, 2025
Tmm/cc: All Counsel of Record