UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-044

Nos. 25-1629 & 25-1635

INTERNATIONAL CONSTRUCTION PRODUCTS LLC,
Appellant in No. 25-1635

v.

CATERPILLAR INC.; KOMATSU AMERICA CORP.; ASSOCIATED AUCTION SERVICES, LLC d/b/a Cat Auction Services

Caterpillar Inc.,
Appellant in No. 25-1629

(D. Del. No. 1:15-cv-00108)

Present: MASCOTT, Circuit Judge

1. Motion by Appellant/Appellee International Construction Products LLC for a 15- day extension, to and including February 13, 2026, of the time in which to file its forth-step brief.

2. Response by Appellant/Appellee Caterpillar Inc..

Respectfully,
Clerk

_____ORDER_____
The foregoing motion is granted.

By the Court,

s/Jennifer L. Mascott
Circuit Judge

Dated: March 5, 2026
Tmm/cc: All Counsel of Record